# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

In Re:

Rochelle Detrese Walls

        Debtor(s)
_____/

Case #:  14-05831
Chapter 13
Hon. John T. Gregg
Filed: September 3, 2014

## THIRD AMENDED CHAPTER 13 PLAN

**II.   FUNDING**

    A.   **PLAN PAYMENT** The Debtor(s) shall make payments in the amount of $182.46 per ( ) week, ( XX ) bi-weekly, ( ) semi-monthly, ( ) monthly, and/or ( ) Other (see "Additional Plan Payment Provisions" below) for the minimum of the Applicable Commitment period (ACP).

    ( XX ) **Additional Plan Payment Provisions:**  **Any income tax refund over $5,000.00 shall be paid into the Plan**

In all other respects, the Plan remains the same.

Date:   November 5, 2014                    /s/ Rochelle Detrese Walls

                                                   Rochelle Detrese Walls, Debtor

Date:   November 5, 2014                    /s/ James O. Edokpolo

                                                   James O. Edokpolo, Counsel for the Debtor